ORIGINAL

1   Mr. Daniel Dixon, C-34233
    Sierra Conservation Center, C-4-129-L
2   5150 O'Byrnes Ferry Road
    Jamestown, CA. 95327
3
    Plaintiff In Propria Persona
4

FILED

FEB 25 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8                          FRESNO DIVISION

9

10  DANIEL STEVE DIXON,          )        Case No. 1:16-cv-00133-BAM
                                 )
11                Plaintiff,     )        [Tuolumne County Superior
                                 )        Court No. CV59700]
12       - vs -                  )
                                 )        MOTION FOR VOLUNTARY DISMISSAL
13  JEFFREY BEARD[1]/, et al.,   )        OF ACTION WITHOUT PREJUDICE
                                 )        WITH SUPPORTING DECLARATION
14                Defendants.    )
    _____)
15

16       Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), plain-

17  tiff, DANIEL STEVE DIXON, acting in his own behalf, in pro per, humbly moves

18  this district court for an order granting his request for voluntary

19  dismissal without prejudice of the Title 42 U.S.C. § 1983 action filed in

20  the above-named court without his knowledge nor agreement. See also, e.g.,

21  Black v. United States (2009 U.S. Dist. LEXIS 8695). The following facts

22  are in support hereof:

23                            DECLARATION

24       I, DANIEL STEVE DIXON, hereby declare:

25

26  _____

27  [1]/Replacement  SCOTT  KERNAN  now  current  Secretary/Director  of
    California Department of Corrections and Rehabilitation (CDCR).

28                              - 1 -

                                        PROOF OF SERVICE Attached

1     1.  I am a California state prisoner, representing myself in the above

2  mentioned civil rights action, an action moved from the state court and

3  filed in the federal district court by Defendant JOHN C. KELSO, federally

4  court-appointed health care receiver for the California Department of Cor-

5  rections (CDCR);

6     2.  Initially, on October 6, 2015, I filed in the Superior Court of

7  Tuolumne County a petition for writ of mandate under state statute in Case

8  No. CV 59700.  Nineteen respondents were named as parties employed by CDCR

9  in the health care services and as correctional officials.  Each of the

10  nineteen employees were individually served with a summons, writ of mandate

11  and other related court papers showing the court had set a Case Management

12  Conference hearing for February 19, 2016.  (See, Exhibit A.)

13     3.  On January 12, 2016, the superior court "reset" the hearing on my

14  writ of mandate from 9:30 a.m. to 8:30 a.m., same date of February 19, 2016

15  remained.  (Exhibit B.)

16     4.  On January 26, 2016, my Case Management Statement was filed in the

17  Tuolumne County Superior Court.  The Case Management Statement for Defendant

18  K. HARRINGTON dated February 1, 2016 and signed by representing Deputy

19  Attorney General Patricia Webber Heim was equally submitted to the superior

20  court.  (Exhibit C.)

21     5.  On January 29, 2016, I received from the Sacramento County

22  Sheriff's Civil Division the "Proof of Service - Summons" indicating

23  Defendants JOHN C. KELSO and J. LEWIS were served on January 7, 2016,

24  finally, after defendants KELLY HARRINGTON, HEIDI M. LACKNER, JACK ST.

25  CLAIR, JEFFREY BEARD and other defendants were served without complications.

26  (Exhibit D; proof of services not submitted on unnamed defendants.)

27     6.  On February 2, 2016, I received from attorneys for Defendant JOHN

28                                   - 2 -

1 | C. KELSO, CDCR Receiver, his Notice  of Removal of Action under 28 U.S.C. §§

2 | 1442(a)(1),(3), dated January 28, 2016.  Specifically stated on page 2

3 | thereof, paragraph 4: "The Receiver has an independent basis upon which to

4 | remove"..."therefore     consent     to     removal     from     the     ,other

5 | defendants/respondents is unnecessary." (Exhibit E.)  I interpretated the

6 | request for removal as applying to only Defendant KELSO while the other

7 | defendants remained in state court.

8 | 7.  Equally, based on Defendant HARRINGTON's Case Management Statement

9 | submitted in state court after Defendant KELSO's notice for removal from

10 | state court, I prepared for the February 19, 2016 Case Management Conference

11 | hearing but was informed by CourtCall on February 19, 2016 that my entire

12 | case was removed from the superior court's calendar.  Therefore, I submit

13 | this request for dismissal of the action without prejudice under the legal

14 | authorities cited on page 1 hereof in order that I may re-file but under

15 | state habeas corpus petition procedures.

16 | 8.  This case is not about some antiquated stereotypical concept about

17 | prisoners  making  unreasonable  health  care  demands  beyond  acceptable

18 | socioeconomic standards, contrary to the strong language used in Defendant

19 | KELSO's motion to dismiss and motion for summary judgment dated February 3,

20 | 2016, which I received February 9, 2016.

21 | 9.  Suffering  from blurred vision caused by "trachoma inclusion

22 | conjunctivitis", cataract and glaucoma, which caused blurred vision, I was

23 | unable to prepare a quicker response to Defendant KELSO's notice for

24 | removal.  (See, Exhibit F, medical letters (reports) dated February 2nd &

25 | 4th, 2016, each detaling the problems with my eyes and the recent surgery

26 | performed).)

27 | 10.  My petition for writ of mandate is based solely on being denied a

28 |

1   renewed soft sole shoes chrono even after the prison Chief Medical Executive

2   Doctor Defendant JACK ST. CLAIR had personally examined me and agreed with

3   previous physicians and podiatrist that I had chronic swelling in the right

4   leg, ankle and foot and warranted soft sole shoes--to change only when CDCR

5   policy changed, not my medical condition.   I believe this matter should be

6   left up to the state court.

7       Based on information and belief, I swear under penalty of perjury that

8   the foregoing is true and correct.

9       **EXECUTED** this 22th day of February, 2016, at Sierra Conservation

10   Center, County of Tuolumne, Jamestown, California 95327.

11

12                       *Daniel Dixon*

                                        D E C L A R A N T

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                      - 4 -

E X H I B I T  "A"

SUM-100

**SUMMONS**
*(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

NOTICE TO DEFENDANT: **See Additional Parties**
*(AVISO AL DEMANDADO):* **Attachment**

**JEFFREY BEARD, et al.,**

YOU ARE BEING SUED BY PLAINTIFF:
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**DANIEL STEVE DIXON, C-34223**

---

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

| | |
|---|---|
| The name and address of the court is: **TUOLUMNE COUNTY SUPERIOR COURT** | CASE NUMBER: *(Número del Caso):* **CV 59700** |
| *(El nombre y dirección de la corte es):* **41 W. Yaney Avenue** **Sonora, CA. 95370** | |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: **DANIEL STEVE DIXON**
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

**Sierra Conservation Center, C-4-129-L**
**5150 O'Byrnes Ferry Road**
**Jamestown, CA. 95327**

| | | | |
|---|---|---|---|
| DATE: *(Fecha)* **OCT 15 2015** | Clerk, by *(Secretario)* **Jeanine D. Tucker** **Vicki F. Boone** | , Deputy *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

NOTICE TO THE PERSON SERVED: You are served

[SEAL]

1. [X] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

   **CALIFORNIA DEPARTMENT OF CORRECTIONS**
3. [X] on behalf of *(specify):* **and REHABILITATION**

   under: [ ] CCP 416.10 (corporation)     [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)     [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
   [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
American LegalNet, Inc.

SUM-200(A)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| DIXON v. BEARD, et al., | CV 59700 |

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List **additional parties** *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff  ☒ Defendant  ☐ Cross-Complainant  ☐ Cross-Defendant

2) JOHN C. KELSO;

3) KELLY HARRINGTON;

4) J. LEWIS;

5) M. VONG;

6) HEIDI M. LACKNER;

7) R. DUNCAN;

8) JACK ST. CLAIR;

9) MICHAEL FORSTER;

10) WILLIAM SAVAGE;

11) M.E. OVERSTREET;

12) MILE BALDWIN;

13) T. CHERUKURI;

14) J. AUBREY-LaNIER;

15) M. COPE;

16) C. SMITH;

17) T. NAIL;

18) K. NEAL; and

19) S. SMITH.

Page **2** of **2**

Page 1 of 1

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

American LegalNet, Inc.
www.FormsWorkflow.com

TUO- CV-100

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF TUOLUMNE**<br>41 W. Yaney Avenue<br>Sonora, CA 95370<br>Phone: (209) 533-5555 | Space below for use by Court Clerk only. |
| Plaintiff(s):<br><br>Daniel S. Dixon | **FILED**<br><br>OCT 0 6 2015<br><br>Superior Court of California<br>County of Tuolumne<br>By: _Vicki J. Boone_ Clerk |
| Defendant(s):<br><br>Jeffrey Beard, et al | |
| | Case Number:<br>CV 59700 |

### DELAY REDUCTION PROGRAM INFORMATION AND SETTING

This case is in Tuolumne County's delay reduction program. Special rules apply to this case. It is the duty of each party to be familiar with the rules and the date, time, and place of the first case management conference.

This notice must be served with the Summons on all defendants and cross-defendants. Notice of any other pending management conference must be served on subsequently named defendants and cross-defendants.

The first case management conference hearing date is set on:

Date: _2/19/16_ Time: _9:30 AM_ Dept. No. _4_

*(To be completed by clerk.)*

*At least fifteen (15) calendar days (CRC Rule 3.725) before the Case Management Conference, each party must file with the court and serve on all other parties a case management conference statement. The mandatory case management statement, Judicial Council form CM-110, must be used.*

**NOTICE**: The advance jury fee of $150.00 per side is *not refundable*, and must be deposited on or before the date scheduled for the initial case management conference in this action. If no case management conference is scheduled, then the jury fee must be deposited no later than 365 calendar days after the filing of the initial complaint. If the party has not appeared before the initial case management conference, or has appeared more than 365 calendar days after the filing of the initial complaint, the jury fee must be deposited at least 25 calendar days before the date initially set for trial. If the action is an unlawful detainer, the jury fee must be deposited at least five days before the date set for trial.

Form Adopted for Mandatory Use - Local Rules of the Superior Court of California
TUO-CV-100 (Revised October, 2012)

Page 1 of 1

E X H I B I T   "B"

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF TUOLUMNE



**FILED**

JAN 1 2 2016

Superior Court of California
County of Tuolumne
By: *C. Greenfield*  Clerk

DATE:  January 12, 2016

PRESENT:  HONORABLE KEVIN M. SEIBERT, JUDGE

---

|  |  |
|---|---|
| **Daniel S. Dixon** <br> Petitioner, | ) <br> ) <br> ) |
| vs. | ) Superior Court Case No.  **CV59700** <br> ) |
| **Jeffrey Beard, et al.** <br> Respondents. | ) <br> ) <br> ) <br> ) |

---

### EX PARTE ORDER

As the Court's law and motion matters are heard at 8:30 a.m. and good cause appearing,

IT IS ORDERED that the hearing on respondent K. Harrington's demurrer, currently set on February 19, 2016, at 9:30 a.m., shall be reset for hearing on the same date at 8:30 a.m.

IT IS FURTHER ORDERED, in the interest of judicial economy, that the case management conference, currently set on February 19, 2016, at 9:30 a.m., shall be reset for hearing on the same date at 8:30 a.m.

Date:  January 12, 2016

Kevin M. Seibert
JUDGE OF THE SUPERIOR COURT

Document in Unnamed.doc

EX PARTE ORDER
- 1 -

**Clerk's Certificate of Service by Mail (CCP 1013a[4])**

I, a clerk at the above-named Court, do certify that I am not a party to the above-entitled cause: that on the date shown below I served the foregoing document by depositing a true copy thereof, enclosed in a separate, sealed envelope, with postage thereon fully prepaid, in the United States Mail, each of which envelopes were addressed respectively to the persons and addresses shown below.

Daniel S. Dixon, No. C34223, 5150 O'Byrnes Ferry Rd., Jamestown, CA 95327
Attorney for Respondent: Patricia Webber Heim, Attorney General of California, PO Box 944255, Sacramento, CA 94244-2550

Mailed at Sonora, California                    Tuolumne County Superior Court Clerk
Date:        /        /                         Jeanine D. Tucker, Court Executive Officer

                                                By:
                                                    Superior Court Clerk

2

**E X H I B I T   "C"**

COPY

CM-110

| PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>DANIEL STEVE DIXON, CDCR #C-34223<br>Sierra Conservation Center, C-4-129-L<br>5150 O'Byrnes Ferry Road<br>Jamestown, CA. 95327 | FOR COURT USE ONLY |
|---|---|

TELEPHONE NO.: **N/A**   FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*: **In Propria Persona**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **TUOLUMNE**

STREET ADDRESS: 41 West Yaney Avenue
MAILING ADDRESS: "   "   "   "
CITY AND ZIP CODE: Sonora, CA. 95370-4611
BRANCH NAME: Superior Court

**FILED**

**JAN 2 6 2016**

**Superior Court of California
County of Tuolumne**
By: *C. Greenfield* Clerk

PLAINTIFF/PETITIONER: **DANIEL STEVE DIXON**

DEFENDANT/RESPONDENT: **JEFFREY BEARD, et al.,**

| **CASE MANAGEMENT STATEMENT** | CASE NUMBER: |
|---|---|
| *(Check one):*  **X** UNLIMITED CASE   ☐ LIMITED CASE<br>(Amount demanded   (Amount demanded is $25,000<br>exceeds $25,000)   or less) | **CV 59700** |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date: **February 19, 2016**   Time: **8:30 a.m.**   Dept.: **4**   Div.: **Civil**   Room:

Address of court *(if different from the address above)*:

☐**X** Notice of Intent to Appear by Telephone, by *(name)*:   **DANIEL STEVE DIXON**

INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.

1. **Party or parties** *(answer one)*:
   a. ☐**X** This statement is submitted by party *(name)*: **DANIEL STEVE DIXON**
   b. ☐ This statement is submitted **jointly** by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date)*: **October 6, 2015**
   b. ☐ The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☐**X** The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served *(specify names and explain why not)*:

      (2) ☐**X** have been served but have not appeared and have not been dismissed *(specify names)*:   **Page 1B**
         **of Page 5 (attachment)**
      (3) ☐ have had a default entered against them *(specify names)*:

   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served)*:

4. **Description of case**
   a. Type of case in ☐✓ complaint   ☐ cross-complaint   *(Describe, including causes of action)*:
      Petition For Writ of Mandate; Prison officials and medical personnel's
      failure to follow its own rules and regulations regarding inmate medical care.

**CASE MANAGEMENT STATEMENT**

Page 1 of 5

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| DIXON V. BEARD, et al., | CV 59700 |

ATTACHMENT *(Number):*   **1**

*(This Attachment may be used with any Judicial Council form.)*

## Continued From Page 1 of 5, #3b(2):

Parties (Respondents):

        1) JEFFREY BEARD;

        2) JOHN C. KELSO;

        3) KELLY HARINGTON;

        4) J. LEWIS;

        5) HEIDI M. LACKNER;

        6) R. DUNCAN;

        7) JACK ST. CLAIR;

        8) MICHAEL FORSTER;

        9) WILLIAM SAVAGE;

        10) M.E.OVERSTREET;

        11) MIKE BALDWIN;

        12) T. CHERUKURI;

        13) J. AUBREY-LaNIER;

        14) M. COPE;

        15) C. SMITH;

        16) T. NAIL;

        17) K. NEAL;

        18) S. SMITH; and

        **19) M. VOONG***

        _____

        **Unsuccessful service 11/5/2015.  Work address received from Office of
        Legal Affairs 1/15/2015.  Serivcecurrently in process.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this
Attachment are made under penalty of perjury.)*

Page **1B**  of **5**

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
to Judicial Council Form

www.courtinfo.ca.gov

CM-110

| PLAINTIFF/PETITIONER: DANIEL STEVE DIXON | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: JEFFREY BEARD, et al., | CV 59700 |

4.  b.  Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Petitioner was prescribed soft sole orthopedic shoes by the podiatrist in early 2000s and issued an Accommodation Chrono the following years.  Once CDCR changed its policy, without any change in petitioner's medical condition, he was then denied the Accommodation Chrono for ortho shoes.  No monetary relief sought.

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**

The party or parties request ☐ a jury trial ☐ a nonjury trial.   *(If more than one party, provide the name of each party requesting a jury trial):* **Non-applicable.  Petition For Writ of Mandate issue.**

6.  **Trial date  Non-applicable.**
    a.  ☐ The trial has been set for *(date):*
    b.  ☐ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

    c.  Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.  **Estimated length of trial   Non-aplicable.**
    The party or parties estimate that the trial will take *(check one):*
    a.  ☐ days *(specify number):*
    b.  ☐ hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*  **Non-applicable to Petition For Writ of Mandate.**
    The party or parties will be represented at trial ☒ by the attorney or party listed in the caption ☐ by the following:
    a.  Attorney:
    b.  Firm:
    c.  Address:
    d.  Telephone number:                                    f.  Fax number:
    e.  E-mail address:                                       g.  Party represented:
    ☐ Additional representation is described in Attachment 8.

9.  **Preference**
    ☒ This case is entitled to preference *(specify code section):*  **CCP § 1085**

10. **Alternative dispute resolution (ADR)**
    a.  **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.

        (1) For parties represented by counsel: Counsel ☐ has ☐ has not  provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.

        (2) For self-represented parties: Party ☐ has ☒ has not reviewed the ADR information package identified in rule 3.221.

    b.  **Referral to judicial arbitration or civil action mediation** (if available).

        (1) ☐  This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.

        (2) ☐  Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

        (3) ☐  This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

CM-110

| PLAINTIFF/PETITIONER: DANIEL STEVE DIXON | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: JEFFREY BEARD, et al., | CV 59700 |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

|  | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | ☐ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date)*:<br>☐ Agreed to complete mediation by *(date)*:<br>☐ Mediation completed on *(date)*: |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date)*:<br>☐ Agreed to complete settlement conference by *(date)*:<br>☐ Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date)*:<br>☐ Agreed to complete neutral evaluation by *(date)*:<br>☐ Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date)*:<br>☐ Agreed to complete judicial arbitration by *(date)*:<br>☐ Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date)*:<br>☐ Agreed to complete private arbitration by *(date)*:<br>☐ Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date)*:<br>☐ Agreed to complete ADR session by *(date)*:<br>☐ ADR completed on *(date)*: |

CM-110

| PLAINTIFF/PETITIONER: DANIEL STEVE DIXON | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: JEFFREY BEARD, et al., | CV 59700 |

**11. Insurance**
  a. ☐ Insurance carrier, if any, for party filing this statement *(name):*
  b. Reservation of rights: ☐ Yes ☐ No
  c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**12. Jurisdiction**
  Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
  ☐ Bankruptcy ☐ Other *(specify):*

  Status:

**13. Related cases, consolidation, and coordination**
  a. ☐ There are companion, underlying, or related cases.
      (1) Name of case:
      (2) Name of court:
      (3) Case number:
      (4) Status:
      ☐ Additional cases are described in Attachment 13a.
  b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

**14. Bifurcation**
  ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**15. Other motions**
  ☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

**16. Discovery**
  a. ☐ The party or parties have completed all discovery.
  b. ☐ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
|  |  |  |

  c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

CM-110

| PLAINTIFF/PETITIONER: **DANIEL STEVE DIXON** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **JEFFREY BEARD, et al.,** | **CV 59700** |

17. **Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90–98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

18. **Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

19. **Meet and confer**

a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. Total number of pages attached *(if any):* **6**

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: **January 24, 2016**

**DANIEL STEVE DIXON**

_____
(TYPE OR PRINT NAME)

▶ *Daniel Dixon*
_____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶
_____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

**PROOF SERVICE BY MAIL**

I, __DANIEL STEVE DIXON__ , hereby declare:

I, __Petitioner__ served a original and/or copy of the following document(s) on each of the party(ies) or person(s) as listed below by placing a true copy in the United States mail at: __Jamestown__, California on the __24th__ day of __January__, 2016:


CASE MANAGEMENT STATEMENT


I served/or mailed to:


PATRICIA WEBBER HEIM
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA. 94244-2550


CLERK OF THE COURT
41 West Yaney Avenue
Sonora, CA. 95370-4611


I swear under penalty of perjury that the foregoing is true and correct. EXECUTED at: Sierra Conservation Center, County of Tuolumne, __Jamestown__, California, on this __24th__ day of __January__, 2016 .


Daniel Dixon
D E C L A R A N T

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): SBN: 230889 | FOR COURT USE ONLY |
|---|---|
| Patricia Webber Heim, Deputy Attorney General<br>Office of the Attorney General<br>1300 I Street, Sacramento, CA 95814<br>TELEPHONE NO.: (916) 324-5263   FAX NO. (Optional): (916) 322-8288<br>E-MAIL ADDRESS (Optional): Patricia.Heim@doj.ca.gov<br>ATTORNEY FOR (Name): Respondent, K. Harrington, et al. | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Tuolumne
STREET ADDRESS: 41 West Yaney Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Sonora, CA 95370-4511
BRANCH NAME:

PLAINTIFF/PETITIONER: Daniel Steve Dixon

DEFENDANT/RESPONDENT: K. Harrington

| **CASE MANAGEMENT STATEMENT** | CASE NUMBER: |
|---|---|
| *(Check one):* ☐ **UNLIMITED CASE** ☐ **LIMITED CASE**<br>(Amount demanded   (Amount demanded is $25,000<br>exceeds $25,000)   or less) | CV 59700 |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: February 19, 2016   Time: 8:30 a.m.   Dept.: 4   Div.: Civil   Room:

Address of court *(if different from the address above):*

☑ **Notice of Intent to Appear by Telephone, by** *(name):* Patricia Webber Heim

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. ☑ This statement is submitted by party *(name):* Respondent K. Harrington
   b. ☐ This statement is submitted **jointly** by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date):*
   b. ☐ The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served *(specify names and explain why not):*
      (2) ☐ have been served but have not appeared and have not been dismissed *(specify names):*
      (3) ☐ have had a default entered against them *(specify names):*
   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served):*

4. **Description of case**
   a. Type of case in ☐ complaint ☐ cross-complaint *(Describe, including causes of action):*
      Petition for Writ of Mandate

Page 1 of 5

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-110 [Rev. July 1, 2011] | **CASE MANAGEMENT STATEMENT** | Cal. Rules of Court,<br>rules 3.720–3.730<br>www.courts.ca.gov |
|---|---|---|

**CM-110**

| PLAINTIFF/PETITIONER: Daniel Steve Dixon | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: K. Harrington | CV 59700 |

4. b.  Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

   Petitioner contends that respondent staff improperly canceled a comprehensive accommodation chrono for soft-soled shoes, and neglected to properly process his administrative appeals, and asks the Court for declaratory relief, namely, to compel respondent staff to follow their rules and regulations as he interpreted them.

   ☐  *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**
    The party or parties request ☐ a jury trial ☐ a nonjury trial.   *(If more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**
    a. ☐ The trial has been set for *(date):*
    b. ☐ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

    c.  Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.  **Estimated length of trial**
    The party or parties estimate that the trial will take *(check one):*
    a. ☐ days *(specify number):*
    b. ☐ hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*
    The party or parties will be represented at trial ☑ by the attorney or party listed in the caption ☐ by the following:
    a. Attorney:
    b. Firm:
    c. Address:
    d. Telephone number:                    f.  Fax number:
    e. E-mail address:                      g.  Party represented:
    ☐ Additional representation is described in Attachment 8.

9.  **Preference**
    ☐ This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**

    a.  **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.

    (1) For parties represented by counsel: Counsel ☐ has ☐ has not  provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.

    (2) For self-represented parties: Party ☐ has ☐ has not  reviewed the ADR information package identified in rule 3.221.

    b.  **Referral to judicial arbitration or civil action mediation** (if available).

    (1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.

    (2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

    (3) ☑ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

CM-110

| PLAINTIFF/PETITIONER: Daniel Steve Dixon | CASE NUMBER: |
| DEFENDANT/RESPONDENT: K. Harrington | CV 59700 |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in (check all that apply and provide the specified information):

| | The party or parties completing this form **are willing** to participate in the following ADR processes (check all that apply): | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes (attach a copy of the parties' ADR stipulation): |
| --- | --- | --- |
| (1) Mediation | ☐ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for (date):<br>☐ Agreed to complete mediation by (date):<br>☐ Mediation completed on (date): |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for (date):<br>☐ Agreed to complete settlement conference by (date):<br>☐ Settlement conference completed on (date): |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for (date):<br>☐ Agreed to complete neutral evaluation by (date):<br>☐ Neutral evaluation completed on (date): |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for (date):<br>☐ Agreed to complete judicial arbitration by (date):<br>☐ Judicial arbitration completed on (date): |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for (date):<br>☐ Agreed to complete private arbitration by (date):<br>☐ Private arbitration completed on (date): |
| (6) Other (specify): | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for (date):<br>☐ Agreed to complete ADR session by (date):<br>☐ ADR completed on (date): |

19

**CM-110**

| PLAINTIFF/PETITIONER: Daniel Steve Dixon | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: K. Harrington | CV 59700 |

**11. Insurance**
  a. ☐ Insurance carrier, if any, for party filing this statement *(name):*
  b. Reservation of rights: ☐ Yes ☐ No
  c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**12. Jurisdiction**
  Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
  ☐ Bankruptcy ☑ Other *(specify):* Mandate petition fails to state sufficient facts to constitute a cause of action
  Status:

**13. Related cases, consolidation, and coordination**
  a. ☐ There are companion, underlying, or related cases.
      (1) Name of case:
      (2) Name of court:
      (3) Case number:
      (4) Status:
    ☐ Additional cases are described in Attachment 13a.
  b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

**14. Bifurcation**
  ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**15. Other motions**
  ☑ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*
    Respondent demurred to the mandate petition on Dec. 7, 2015, petitioner opposed the demurrer on Jan. 8, 2016, and filed a CMC statement. The CMC and Demurrer are set for Feb. 19, 2016 at 8:30 a.m.

**16. Discovery**
  a. ☐ The party or parties have completed all discovery.
  b. ☐ The following discovery will be completed by the date specified *(describe all anticipated discovery):*
    Party                         Description                      Date

  c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

**CM-110**

| PLAINTIFF/PETITIONER: | Daniel Steve Dixon | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | K. Harrington | CV 59700 |

17. **Economic litigation**

    a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

    b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

18. **Other issues**

    ☑ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

    Respondent requests that the Court sustain the demurrer and deny the petition for writ of mandate for failure to state sufficient facts to establish a basis for mandate relief.

19. **Meet and confer**

    a. ☑ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

    Petitioner is presently incarcerated and unrepresented by counsel.

    b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. Total number of pages attached *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: February 1, 2016

Patricia Webber Heim, Deputy Attorney General
_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

**CASE MANAGEMENT STATEMENT**

1            DECLARATION OF SERVICE

2    Case Name:    Daniel Steve Dixon v. Jeffrey Beard, et al.  (C-34223)

3    Court:        Tuolumne County Superior Court

4    Case No.:     CV 59700

5    I declare:

6            I am employed in the Office of the Attorney General, which is the office of a member of
the Bar of this Court at which member's direction this service is made.  I am 18 years of age or
7    older and not a party to the within entitled cause.  On February 3, 2016, I placed the attached

8    CASE MANAGEMENT STATEMENT

9    and served in the method described below:

10        __X__ First Class Mail.  Placed a true copy in a sealed envelope, postage thereon fully prepaid. That I am readily
familiar with the business practice at the Office of the Attorney General for collection and processing of
11   correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence
placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States
12   Postal Service that same day in the ordinary course of business.

13        _____Golden State Overnight and/or UPS Overnight Service.  Placed a true copy in a sealed envelope, with
delivery charges pre-paid, addressed as indicated below, to be delivered by next day air.
14

15   addressed as follows:

16   DANIEL STEVE DIXON, C-34223                                    Petitioner, in Pro Se
     Sierra Conservation Center
17   5150 O'Byrnes Ferry Road    C-4-129-L
     Jamestown, CA 95327

18           I declare under penalty of perjury the foregoing is true and correct and that this
     declaration was executed on February 3, 2016, at Sacramento, California.
19

20

21                                                 Maureen D. Armistead
     SA2015303057
22   32380867.docx

23

24

25

26

27

28

E X H I B I T   "D"

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| **Daniel Steve Dixon, C-34223**<br>**Sierra Conservation Center**<br>**5150 O Byrnes Ferry Road**<br>**Jamestown, CA  95327** | | |

E-MAIL:

ATTORNEY FOR: **In Propria Persona**

NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:

**Tuolumne County Courthouse-41**
**41 West Yaney Ave.**
**Sonora, CA  95370**

| PLAINTIFF: **Daniel Steve Dixon, C-34223** | COURT CASE NO.: |
|---|---|
| DEFENDANT: **Jeffrey Beard, et al.,** | **CV 59700** |

| **Proof of Service - Summons** | LEVYING OFFICER FILE NO.: **2016000375** |
|---|---|

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

    f. other (specify documents): **Additional Parties Attachment, Attachments, Delay Reduction Program Information and Setting, Exhibits, Petition for Writ of Mandate and Declaratory Relief with Attached Exhibits, Proofs of Service, Summons**

3. a. Party served:     **John C Kelso**

    b. Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made): **by leaving with Sarah Malan, AGPA, per policies and procedures in accordance with CCP 416.50.**

4. Address where party was served:     **c/o Legal Affairs Division, 8260 Longleaf Dr #D3-731 Elk Grove, CA  95758**

5. I served the party:

    a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1) on: 01/07/2016 (2) at: 09:51 AM.

6. The Notice to the Person Served (on summons) was completed as follows:

    d. on behalf of: CA Department of Corrections & Rehab
    under the following Code of Civil Procedure section: CCP 416.90 (Authorized Person)

7. Person who served papers:

    a. Name:  **J. Tippins**

    b. Address: **Sheriff's Civil Bureau 3341 Power Inn Road, #313  Sacramento, CA  95826-3889**

    c. Telephone Number:   **(916) 875-2665**

    d. The fee for service was: **$40.00 Waiver - Recoverable**

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Tuesday, January 26, 2016                                               **JOE TIPPINS**

Hearing:  <No Information>                 Sheriff's Authorized Agent
                                         Scott R. Jones, Sheriff

Remarks **Amended Proof of Service**

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| **Daniel Steve Dixon, C-34223**<br>**Sierra Conservation Center**<br>**5150 O Byrnes Ferry Road**<br>**Jamestown, CA  95327** | | |

E-MAIL:

ATTORNEY FOR:  **In Propria Persona**

NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:

**Tuolumne County Courthouse-41**
**41 West Yaney Ave.**
**Sonora, CA  95370**

| PLAINTIFF: | COURT CASE NO.: |
|---|---|
| **Daniel Steve Dixon, C-34223** | |
| DEFENDANT: | **CV 59700** |
| **Jeffrey Beard, et al.,** | |

| **Proof of Service - Summons** | LEVYING OFFICER FILE NO.:<br>**2016000375** |
|---|---|

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   f.  other (specify documents):  **Additional Parties Attachment, Attachments, Delay Reduction Program Information and Setting, Exhibits, Petition for Writ of Mandate and Declaratory Relief with Attached Exhibits, Proofs of Service, Summons**

3. a. Party served:        **J. Lewis**

   b. Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made):  **by leaving with Sarah Malan, AGPA, per policies and procedures in accordance with CCP 416.50.**

4. Address where party was served:        **c/o Legal Affairs Division, 8260 Longleaf Dr #D3-731**
   **Elk Grove, CA  95758**

5. I served the party:

   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1) on: 01/07/2016 (2) at: 09:51 AM.

6. The Notice to the Person Served (on summons) was completed as follows:
   d. on behalf of: CA Department of Corrections & Rehab
      under the following Code of Civil Procedure section: CCP 416.90 (Authorized Person)

7. Person who served papers:

   a. Name:    **J. Tippins**

   b. Address: **Sheriff's Civil Bureau 3341 Power Inn Road, #313   Sacramento, CA  95826-3889**

   c. Telephone Number:    **(916) 875-2665**

   d. The fee for service was: **$40.00 Waiver - Recoverable**

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Tuesday, January 26, 2016

**JOE TIPPINS**

Hearing:  **<No Information>**

Sheriff's Authorized Agent
Scott R. Jones , Sheriff

Remarks **Amended Proof of Service**

Judicial Council form POS-010                    **Attorney/Plaintiff**                    8404/916945

25

| ATTORNEY (Name and Address): SBN: | FOR COURT USE ONLY |
|---|---|
| **Daniel Steve Dixon CDCR  C-34223**<br>**c/o Sierra Conservation Center**<br>**C-4-129-L**<br>**Jamestown, CA  95327**<br><br>E-MAIL:<br>ATTORNEY FOR: **In Propria Persona** | |

NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:

**Tuolumne County Courthouse-41**
**41 West Yaney Ave.**
**Sonora, CA  95370**

| PLAINTIFF:<br>**Daniel Steve Dixon**<br>DEFENDANT:<br>**Jeffrey Beard, et al.** | COURT CASE NO.:<br><br>**CV 59700** |
|---|---|
| **Affidavit of Unsuccessful Service** | LEVYING OFFICER FILE NO.:<br><br>**2015033225** |

1. At the time of service, I was at least 18 years of age and not a party to this action.

2. I received the following papers on:  **11/5/2015**

    f.  other (specify documents):
    **Delay Reduction Program and Information Setting, Exhibits, Petition for Writ of Mandate, Summons, Verification**

3. After due search, careful inquiry and diligent attempts at the dwelling house or usual place of abode and/or business, I have been unable to make personal delivery of said process on the following person(s) herein named, to wit:

           **John C. Kelso**
           **c/o California Department of C**
           **1515 S Street, North Building**
           **Sacramento, CA  95814**

4. See attached "Declaration of Diligence", incorporated herein by reference.

7. Person who attempted service:

    a. Name:   **P. Yuen**

    b. Address:  **Sheriff's Civil Bureau 3341 Power Inn Road, #313   Sacramento, CA  95826-3889**

    c. Telephone Number:    **(916) 875-2665**

    d. The fee for service was: **$40.00 Waiver - Recoverable**

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Wednesday, November 18, 2015

                                    Sheriff's Authorized Agent

Hearing:  **<No Information>**
                                    Scott R. Jones, Sheriff

Remarks **This Service was unsuccessful because defendant was not found.**

| ATTORNEY (Name and Address):                    SBN: | FOR COURT USE ONLY |
|---|---|
| **Daniel Steve Dixon CDCR  C-34223**<br>**c/o Sierra Conservation Center**<br>**C-4-129-L**<br>**Jamestown, CA  95327**<br><br>E-MAIL:<br>ATTORNEY FOR:  **In Propria Persona** | |

NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:

**Tuolumne County Courthouse-41**
**41 West Yaney Ave.**
**Sonora, CA  95370**

| PLAINTIFF:<br>**Daniel Steve Dixon**<br>DEFENDANT:<br>**Jeffrey Beard, et al.** | COURT CASE NO.:<br><br>**CV 59700** |
|---|---|
| ## Affidavit of Unsuccessful Service | LEVYING OFFICER FILE NO.:<br>**2015033225** |

1. At the time of service, I was at least 18 years of age and not a party to this action.

2. I received the following papers on:   **11/5/2015**

    f.  other (specify documents):
    **Delay Reduction Program and Information Setting, Exhibits, Petition for Writ of Mandate, Summons, Verification**

3. After due search, careful inquiry and diligent attempts at the dwelling house or usual place of abode and/or business, I have been unable to make personal delivery of said process on the following person(s) herein named, to wit:

       **J. Lewis**
       **c/o California Department of C**
       **1515 S Street, North Building**
       **Sacramento, CA  95814**

4. See attached "Declaration of Diligence", incorporated herein by reference.

7. Person who attempted service:

    a.  Name:   **P. Yuen**

    b.  Address:  **Sheriff's Civil Bureau 3341 Power Inn Road, #313   Sacramento, CA  95826-3889**

    c.  Telephone Number:   **(916) 875-2665**

    d.  The fee for service was:  **$40.00 Waiver - Recoverable**

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Wednesday, November 18, 2015

                               Sheriff's Authorized Agent

Hearing:  **<No Information>**
                               Scott R. Jones, Sheriff

Remarks  **This Service was unsuccessful because defendant was not found.**



| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| **Daniel Steve Dixon CDCR  C-34223**<br>**c/o Sierra Conservation Center**<br>**C-4-129-L**<br>**Jamestown, CA  95327** | | |

E-MAIL:

ATTORNEY FOR:  **In Propria Persona**

NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:

**Tuolumne County Courthouse-41**
**41 West Yaney Ave.**
**Sonora, CA  95370**

| PLAINTIFF:<br>**Daniel Steve Dixon** | COURT CASE NO.:<br>**CV 59700** |
|---|---|
| DEFENDANT:<br>**Jeffrey Beard, et al.** | |

| **Proof of Service - Summons** | LEVYING OFFICER FILE NO.:<br>**2015033225** |
|---|---|

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents):  **Delay Reduction Program and Information Setting, Exhibits, Petition for Writ of Mandate, Summons, Verification**

3. a. Party served:  **Kelly Harrington**
   b. Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made):  **Robin Stringer-Legal Assistant**

4. Address where party was served:  **c/o California Department, 1515 S Street, North Building**
   **Sacramento, CA  95811**

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1) on: 11/06/2015 (2) at: 10:46 AM.

7. Person who served papers:
   a. Name:  **P. Yuen**
   b. Address:  **Sheriff's Civil Bureau 3341 Power Inn Road, #313  Sacramento, CA  95826-3889**
   c. Telephone Number:  **(916) 875-2665**
   d. The fee for service was: **$40.00 Waiver - Recoverable**

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Wednesday, November 18, 2015

Hearing:  **<No Information>**

Sheriff's Authorized Agent
Scott R. Jones, Sheriff

Remarks

---

Judicial Council form POS-010                    **Attorney/Plaintiff**                    8248/909509

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| **Daniel Dixon, C-34223**<br>**5150 O Byrnes Ferry Rd.**<br>**C-4-129-L**<br>**Jamestown, CA  95327**<br><br>E-MAIL:<br>ATTORNEY FOR: **In Propria Persona** | | |

NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:

**Tuolumne County Superior Court**
**41 West Yaney Ave**
**Sonora, CA  95370**
**Sonora**

| PLAINTIFF:<br>**Daniel Steve Dixon, C-34223** | COURT CASE NO.: |
|---|---|
| DEFENDANT:<br>**Jeffrey Beard, et al.** | **CV59700** |

| **Proof of Service - Summons** | LEVYING OFFICER FILE NO.:<br>**2015000411** |
|---|---|

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents): **Delay Reduction Program Information and Setting, Petition for Writ of Mandate and Declaratory Relief w/attached Exhibits, Additional Parties Attachment, Notice and Acknowledgement of Receipt., Summons**

3. a. Party served:    **Heidi M. Lackner, Warden**

4. Address where party was served:    **5100 OByrnes Ferry Rd.**
   **Jamestown, CA  95327**

5. I served the party:
   d. by other means.
      I mailed the documents listed in item 2 to the party, to the address shown in item 4, by certified mail, postage prepaid. (1) on: 11/6/2015 (2) from: Sonora, CA

7. Person who served papers:
   a. Name:   **Jill Montgomery, Sheriff's Clerk**
   b. Address:  **Sheriff's Civil Department 28 North Lower Sunset Drive   Sonora, CA  95370**
   c. Telephone Number:    **(209) 533-5833**
   d. The fee for service was: **$40.00 (Waived)**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Friday, November 20, 2015

Hearing:  **<No Information>**

Remarks

Sheriff's Authorized Agent
James Mele, Sheriff-Coroner

Judicial Council form POS-010                    **Attorney/Plaintiff**                    0/20927

29

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| **Daniel Dixon, C-34223**<br>**5150 O Byrnes Ferry Rd.**<br>**C-4-129-L**<br>**Jamestown, CA 95327** | | |
| E-MAIL: | | |
| ATTORNEY FOR: **In Propria Persona** | | |

NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:

**Tuolumne County Superior Court**
**41 West Yaney Ave**
**Sonora, CA 95370**
**Sonora**

| PLAINTIFF:<br>**Daniel Steve Dixon, C-34223** | COURT CASE NO.: |
|---|---|
| DEFENDANT:<br>**Jeffrey Beard, et al.** | **CV59700** |
| **Proof of Service - Summons** | LEVYING OFFICER FILE NO.:<br>**2015000411** |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

  f. other (specify documents): **Delay Reduction Program Information and Setting, Petition for Writ of Mandate and Declaratory Relief w/attached Exhibits, Additional Parties Attachment, Notice and Acknowledgement of Receipt., Summons**

3. a. Party served:     **Jack St. Clair, Medical Doctor, Chief Medical Executive**

4. Address where party was served:     **5100 OByrnes Ferry Rd.**
                                        **Jamestown, CA 95327**

5. I served the party:

  d. by other means.
     I mailed the documents listed in item 2 to the party, to the address shown in item 4, by certified mail, postage prepaid. (1) on: 11/6/2015 (2) from: Sonora, CA

7. Person who served papers:
  a. Name:   **Jill Montgomery, Sheriff's Clerk**
  b. Address:   **Sheriff's Civil Department 28 North Lower Sunset Drive   Sonora, CA 95370**
  c. Telephone Number:   **(209) 533-5833**
  d. The fee for service was: **$40.00 (Waived)**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Friday, November 20, 2015

Hearing:  **<No Information>**

Sheriff's Authorized Agent
James Mele, Sheriff-Coroner

Remarks

Judicial Council form POS-010                    **Attorney/Plaintiff**                    0/20929

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| **Daniel Steve Dixon CDCR C-34223**<br>**c/o Sierra Conservation Center**<br>**C-4-129-L**<br>**Jamestown, CA 95327** | | |

E-MAIL:

ATTORNEY FOR: **In Propria Persona**

NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:

**Tuolumne County Courthouse-41**
**41 West Yaney Ave.**
**Sonora, CA 95370**

| PLAINTIFF:<br>**Daniel Steve Dixon** | COURT CASE NO.: |
|---|---|
| DEFENDANT:<br>**Jeffrey Beard, et al.** | **CV 59700** |

| **Proof of Service - Summons** | LEVYING OFFICER FILE NO.:<br>**2015033225** |
|---|---|

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   f. other (specify documents): **Delay Reduction Program and Information Setting, Exhibits, Petition for Writ of Mandate, Summons**

3. a. Party served:  **Jeffrey Beard**

   b. Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made): **Robin Stringer-Legal Assistant**

4. Address where party was served:  **c/o California Department of, 1515 S Street, North Building**
   **Sacramento, CA 95811**

5. I served the party:

   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1) on: 11/06/2015 (2) at: 10:46 AM.

7. Person who served papers:

   a. Name:  **P. Yuen**

   b. Address:  **Sheriff's Civil Bureau 3341 Power Inn Road, #313  Sacramento, CA 95826-3889**

   c. Telephone Number:  **(916) 875-2665**

   d. The fee for service was: **$40.00 Waiver - Recoverable**

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Wednesday, November 18, 2015

Hearing:  **<No Information>**

Sheriff's Authorized Agent
Scott R. Jones, Sheriff

Remarks

31

E X H I B I T   "E"

1 | FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (104363)
2 | JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
3 | San Francisco, California 94104
Telephone: (415) 399-3840
4 | Facsimile: (415) 399-3838
mdodd@fddcm.com
5 | jtouchstone@fddcm.com

6 | *Attorneys for Defendant*
*J. Clark Kelso, Receiver*
7

8 | **UNITED STATES DISTRICT COURT**

9 | **EASTERN DISTRICT OF CALIFORNIA**

10 | **FRESNO DIVISION**

11 | DANIEL STEVE DIXON,                              Case No.:

12 | *Plaintiff,*                **NOTICE OF REMOVAL OF ACTION:**
**UNDER 28 U.S.C. §§1442(a)(1), (3)**
13 | v.

14 | JEFFREY BEARD, JOHN C. KELSO, KELLY
HARRINGTON, J. LEWIS, M. VOONG, HEIDI
15 | M. LACKNER, R. DUNCAN, JACK ST.
CLAIR, MICHAEL FORSTER, WILLIAM
16 | SAVAGE, M.E. OVERSTREET, MIKE
BALDWIN, T. CHERUKURI, J. AUBREY-
17 | LANIER, M. COPE, C. SMITH, T. NAIL, K.
NEAL and S. SMITH,
18
    *Defendants.*
19

20 | TO THE CLERK OF THE COURT:

21 | PLEASE TAKE NOTICE that Defendant J. Clark Kelso, in his capacity as Receiver for

22 | the California state prison medical care system ("Receiver" or "Kelso") hereby removes to this

23 | Court the State court action described below.

24 | 1.     On October 6, 2015, plaintiff in this action filed a Petition for Writ of Mandate

25 | and Declaratory Relief entitled *Daniel Steve Dixon v. Jeffrey Beard, John C. Kelso, et al.,*

26 | Tuolumne County Superior Court Case No. CV59700, in which Kelso was named as a

27 | respondent. A true and correct copy of the petition in the above matter is attached hereto as

28 | Exhibit A. A true and correct copy of the Summons is attached hereto as Exhibit B.

1

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

NOTICE OF REMOVAL
CASE NO. :

1    2.    The first date upon which Receiver received a copy of the petition or was notified

2 of the action was on or about January 7, 2016, when he was personally served with a copy of the

3 petition.

4    3.    **Jurisdiction In This Court**. This action is a civil action which may be removed

5 pursuant to the provisions of 28 U.S.C. §1442(a)(1), (3) in that (i) Kelso is the Receiver of the

6 California prison medical care system, appointed by the Hon. Thelton E. Henderson, U.S.

7 District Judge, on January 23, 2008, in *Plata, et al. v. Schwarzenegger, et al.,* U.S. Dist. Ct.,

8 (N.D.Cal.) No. C01-1391 TEH (the "*Plata* case"); (ii) as Receiver, Kelso is an officer and agent

9 of the *Plata* court giving this Court original jurisdiction over claims against him in his capacity

10 as Receiver. *Medical Development International v. California Department of Corrections and*

11 *Rehabilitation, et al.*, 585 F.3d 1211, 1216 (9th Cir. 2009); and, (iii) the claims made in the

12 complaint are directly related to the exercise of the Receiver's court-ordered authority and duties.

13    4.    The Receiver has an independent basis upon which to remove pursuant to 28

14 U.S.C. § 1442(a)(1),(3), and therefore consent to removal from the other defendants/respondents

15 is unnecessary. *Medical Development International*, 585 F.3d at 1216; *Ely Valley Mines, Inc.*,

16 644 F.2d at 1314-1316; see also *Durham v. Lockheed Martin Corp.*, 445 F.3d 1247, 1252-1253

17 (9th Cir. 2006); *Akin v. United States*, 156 F.3d 1030, 1034-1035 (10th Cir. 1998); *Ortiz v.*

18 *General Motors Accept. Corp.*, 583 F.Supp. 526, 530 (N.D. Ill. 1984).

19

Dated: January 28, 2016                    FUTTERMAN DUPREE DODD
20                                          CROLEY MAIER LLP

21

By:___/s/ Jaime G. Touchstone____
22                                              Jaime G. Touchstone
                                            Attorneys for Defendant J. Clark Kelso,
23                                          Receiver

24

25

26

27

28

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies as follows:

I am an employee of the law firm of Futterman Dupree Dodd Croley Maier LLP, 180 Sansome Street, 17th Floor, San Francisco, CA 94104. I am over the age of 18 and not a party to the within action. I certify that on January 28, 2016, I served a copy of the following document(s):

1. **NOTICE OF REMOVAL OF ACTION: UNDER 28 U.S.C. §§1442(a)(1), (3);**
2. **DEFENDANT J. CLARK KELSO'S CERTIFICATE OF INTERESTED PARTIES; and**
3. **CASE COVER SHEET**

by placing true copies thereof enclosed in sealed envelopes, for collection and service pursuant to the ordinary business practice of this office in the manner and/or manners described below to each of the parties herein and addressed as follows:

> **Plaintiff In Pro Se**
> Daniel Dixon, C-34223
> Sierra Conservation Center / C-4-129-L
> 5150 O'Byrnes Ferry Road
> Jamestown, CA 95327

__X__   BY MAIL:  I am readily familiar with this office's practices and procedures for collecting, processing, and depositing correspondence and other mail via the United States Postal Service. In the ordinary course of business, the foregoing documents were placed in a sealed envelope, postage pre-paid, and deposited with the United States Postal Service in the City and County of San Francisco, State of California, for delivery to the address(es) designated above or on the attached service list.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury, under the laws of the United States of America, that the above is true and correct.

Executed on January 28, 2016, at San Francisco, California.

Sandra L. Fritts
_____
Sandra L. Fritts

**E X H I B I T   "F"**

C34223



**MODESTO EYE SURGERY**
A MEDICAL GROUP

GREGORY C. TESLUK, M.D.
Ophthalmology
Cataract/Implant Surgery
Retina Surgery
Refractive Surgery
Oculoplastic Surgery
Diplomat American Board
of Ophthalmology

February 02, 2016

Jack St. Clair, M.D.
Chief Medical Officer at Sierra Conservation Center
5100 O'Byrnes Ferry Road
Jamestown, CA 95327

**RE: Daniel Dickson, C34223**

Dear Dr. St. Clair,

On 02/02/16, I performed a cataract and implant surgery along with implantation of a trabecular Micro-Bypass iStent in the right eye of Daniel Dickson as an outpatient under a topical anesthetic at Modesto Surgery Center. The surgery went well. Mr. Dickson may return to his unit and should begin today using ciprofloxacin 0.3%, prednisolone acetate 1%, and diclofenac 0.1% eyedrops, all to be used 1 drop 4 times a day in the right eye for the next month. I would also like him to stop his aspirin for 1 week. Finally, I would like him to use ciprofloxacin 500 mg orally twice a day for 2 weeks because I noticed that his left eye still has some yellowish discharge. He should also continue his Timoptic eyedrops in both eyes twice a day.

Thank you once again for allowing me to participate in his care.

Best personal regards,

Gregory C. Tesluk, M.D.
GCT/mkv

WM
SAVAGE
FEB - 4 2016
MD

OFFICE & SURGERY CENTER

400 East Orangeburg Avenue, Suite 2
Modesto, California 95350
tel: 209-526-3000
fax: 209-526-3133

RECEIVED FEB 0 5 2016



**MODESTO EYE SURGERY**
A MEDICAL GROUP

C 34223

M. Forster, M.D.

GREGORY C. TESLUK, M.D.
Ophthalmology
Cataract/Implant Surgery
Retina Surgery
Refractive Surgery
Oculoplastic Surgery
Diplomat American Board
of Ophthalmology

January 04, 2015

Jack St. Clair, M.D.
Chief Medical Officer at Sierra Conservation Center
5100 O'Byrnes Ferry Road
Jamestown, CA 95327

**RE: Daniel Dixon, C34223**

Dear Dr. St. Clair:

I again saw your patient, Mr. Daniel Dixon on January 4, 2016. As you know, he is a 66-year-old gentleman, who developed trachoma inclusion conjunctivitis, which is being treated with a 1-month course of tetracycline. He also has glaucoma, which is being treated with Diamox and timolol eyedrops. He says that the redness of his eyes has improved.

On examination, his vision was 20/50 in the right eye and 20/30 in the left eye. Mr. Dixon does notice significant blurring of the vision in the right eye. The eye pressures were 16 in each eye. The slit-lamp exam shows improvement in the follicular conjunctivitis. There is a 2+ nuclear sclerotic cataract in the right eye. Ophthalmoscopy shows optic disk cupping of 0.8 in the right eye and 0.5 in the left eye. Corneal pachymetry shows quite thin corneas in each eye with an average reading of 505 in the right eye and 511 in the left eye. Retinal tomography testing shows very thin retina nerve fiber layers, right eye greater than left eye. Visual field test showed multiple paracentral scotomas, right eye greater than left eye.

Dr. St. Clair, Mr. Dixon has glaucoma which is now improved and the follicular conjunctivitis has also nearly resolved. He should continue the tetracycline orally and ciprofloxacin eyedrops for 1 more week after which they can be stopped. He should continue the timolol eyedrops. I now recommend he undergo cataract and implant surgery on the right eye along with implantation of a Trabecular Micro-Bypass iStent implant that will hopefully reduce the glaucoma medication need and allow him to get off the Diamox. This can be done as an outpatient under a topical anesthetic at Modesto Surgery Center and I did perform an IOLMaster test for the implant today.

Thank you once again for allowing me to participate in his care.

Best personal regards,

OFFICE & SURGERY CENTER

400 East Orangeburg Avenue, Suite 2
Modesto, California 95350
tel: 209-526-3000
fax: 209-526-3133

RECEIVED JAN 0 5 2016

## PROOF SERVICE BY MAIL

I,  DANIEL STEVE DIXON , hereby declare:

I,  Plaintiff  served a original and/or copy of the following document(s) on each of the party(ies) or person(s) as listed below by placing a true copy in the United States mail at: Jamestown, California on the 22nd day of February, 2016:

### MOTION FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE WITH SUPPORTING DECLARATION

I served/or mailed to:

FUTTERMAN DUPREE DODD CROLEY MAILER, LLP
MARTIN H. DODD (104363)
JAIME G.  TOUCHSTONE (233187)
180 Sansome Street 17th Floor
San Francisco, CA. 94104

PATRICIA WEBBER HEIM (230889)
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA. 95814

CLERK OF THE COURT
U.S. Eastern District Court
2500 Tulare Street, # 1501
Fresno, CA. 93721

CLERK OF THE COURT
ATTN: Honorable Kevin M. Siebert
Tuolumne County Superior Court
41 West Yaney Avenue
Sonore, CA. 95370


I swear under penalty of perjury that the foregoing is true and correct. EXECUTED at: Sierra Conservation Center, County of Tuolumne, Jamestown, California, on this 22nd day of February, 2016.

Daniel Dixon
D E C L A R A N T